# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **TODD CONANT, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 2:19-cv-00296-JDL |
| | ) |
| **FMC CORPORATION,** | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER ACCEPTING THE RECOMMENDED
## DECISION OF THE MAGISTRATE JUDGE

United States Magistrate Judge John C. Nivison filed his Recommended Decision (ECF No. 27) with the Court on March 27, 2020, pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2020) and Fed. R. Civ. P. 72(b), regarding the Plaintiffs' consent motion to preliminarily certify the class under Fed. R. Civ. P. 23(b)(3) for settlement purposes, to authorize notice of the proposed settlement to the class members, to appoint Plaintiffs' counsel as class counsel, and to schedule a hearing on the proposed settlement (ECF No. 22). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge provided notice that a party's failure to object would waive the right to *de novo* review and appeal.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the

reasons set forth in the Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 27) of the Magistrate Judge is hereby **ACCEPTED** and the Plaintiffs' motion (ECF No. 22) is **GRANTED** in all respects.  The Clerk is directed to schedule a fairness hearing on the proposed settlement 90 days after the date of this Order, or as soon thereafter as is practicable.

**SO ORDERED.**

**Dated this 5th day of May, 2020.**

                                          /s/ Jon D. Levy
                                    **CHIEF U.S. DISTRICT JUDGE**